# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **JAMES CORBIN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **1:21-cv-00473-KOB-SGC** |
| **JIMMY KILGORE,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM OPINION

Plaintiff James Corbin filed this case *pro se* pursuant to 42 U.S.C. § 1983. On June 1, 2022, the magistrate judge entered a report recommending this matter be dismissed for failure to prosecute. (Doc. 17). The time to object has expired, and the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will dismiss the claims in this matter for failure to prosecute by a separate final judgment.

**DONE** and **ORDERED** this 30th day of June, 2022.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE